# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KADI DUBUQUE,<br><br>    Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.;<br>AMAZON.COM SERVICES LLC; and<br>DOES 1 through 20, inclusive,<br><br>    Defendants. | CASE NO. 5:25-cv-01081-SSS-DTB<br><br>**[DISCOVERY MATTER]**<br><br>**[~~PROPOSED~~] ORDER ON STIPULATED PROTECTIVE ORDER**<br><br>[Removed from San Bernardino County Superior Court – Case No. CIVSB2505803] |

---

1

**[~~PROPOSED~~] ORDER | CASE NO. 5:25-cv-01081-SSS-DTB**

## (PROPOSED) ORDER

On December 16, 2025, Plaintiff Kadi Dubuque ("Plaintiff") and Defendants Amazon.com, Inc. and Amazon.com Services LLC (together "Amazon") (collectively with Plaintiff, the "Parties"), by and through their respective counsel, filed a Stipulation and Protective Order.

The Court, having considered the Parties' Stipulation, and finding good cause, hereby **GRANTS** the Stipulation and Protective Order.

**IT IS SO ORDERED.**

Dated: December 18, 2025

_____
HONORABLE DAVID T. BRISTOW
United States District Judge